TURNAMICS, INC. v. ADVANCED ENVIROTECH SYS., INC.

No. 181P01

Case below: 142 N.C. App. 391

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

## PETITION TO REHEAR

STATE v. CUMMINGS

No. 510A99

Case below: 353 N.C. 281

Petition by defendant for rehearing pursuant to Rule 31 dismissed 7 June 2001.